BENJAMIN B. WAGNER
United States Attorney
DANIEL J. GRIFFIN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00166 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| MIKE VANG, | DATE: April 18, 2016 |
| Defendant. | TIME: 8:30 a.m. COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on the defendant's motion to suppress evidence on April 18, 2016.

2. The parties agree to continue the hearing until May 16, 2016, and to exclude time between April 18, 2016, and May 16, 2016.

3. The parties agree to that the government will file its response to the defendant's motion to suppress evidence on April 18, 2016.

4. The parties agree that the defense will file its reply on May 2, 2016.

5. The continuance is necessary because the case was initiated by former Assistant United States Attorney Michael Frye, and has now been reassigned to Assistant United States Attorney Daniel

Griffin.  The continuance is necessary to allow the prosecutor to respond to the motion and prepare for the hearing.

      a)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 31, 2016　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ DANIEL J. GRIFFIN
　　　　　　　　　　　　　　　　　　　　　　DANIEL J. GRIFFIN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  March 31, 2016　　　　　　　　　　　　/s/ ANN McGLENON
　　　　　　　　　　　　　　　　　　　　　　ANN McGLENON
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　MIKE VANG

**ORDER**

IT IS SO ORDERED.

Dated:  **April 1, 2016**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE