PHILLIP A. TALBERT
Acting United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIKE VANG, <br><br> Defendant. | CASE NO. 1:15-CR-00166-NONE-SKO <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

## BACKGROUND

This matter is currently scheduled for a status conference on **June 1, 2021** as to defendant Vang regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **June 16, 2021**. The parties request additional time to resolve the violation.

A proposed order appears below.

//

//

//

//

//

//

//

1

# STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for June 1, 2021 be continued to June 16, 2021.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: May 28, 2021     By:   /s/ *Laura Jean Berger*
                 LAURA JEAN BERGER
                 Assistant United States Attorney

DATED: May 28, 2021     By:   /s/ *Jaya C. Gupta*
                 JAYA C. GUPTA
                 Attorney for Mike Vang

# O R D E R

**IT IS SO ORDERED.**

DATED: May 28, 2021

*Sheila K. Oberto*
Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE