HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JAYA GUPTA, Bar # 312138
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00166-DAD-SKO |
|---|---|
| Plaintiff, | ) **MOTION AND ORDER** |
|  | ) **APPOINTING COUNSEL** |
| vs. | ) |
|  | ) |
| MIKE VANG, | ) 18 U.S.C. § 3006A(c) |
|  | ) |
| Defendant. | ) |

Defendant, Mike Vang, through the Federal Defender for the Eastern District of California, hereby moves for formal appointment of counsel. On January 14, 2022, a Form 12C petition for violation of supervised release was filed with the Court. During an initial appearance that occurred on January 19, 2022 pursuant to the petition before the Honorable Stanley A. Boone, the Court provisionally appointed the Office of the Federal Defender to represent Mr. Vang pending the submission of a financial affidavit before Mr. Vang's next scheduled hearing, which was scheduled for January 26, 2022 for a detention hearing. Defense counsel inadvertently neglected to seek formal appointment at the January 26, 2022 hearing, and moves for formal appointment now. Mr. Vang submits the attached Financial Affidavit as evidence of his inability to retain counsel.

DATED: January 31, 2022        _/s/ Jaya Gupta_
                               JAYA GUPTA
                               Assistant Federal Defender

1

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __January 31, 2022__

UNITED STATES MAGISTRATE JUDGE